OSCN Found Document:IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 

 
 IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2019 OK 40
Case Number: SCBD-6799
Decided: 06/10/2019
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 40, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

ORDER OF SUSPENSION FOR NONPAYMENT OF DUES

On May 20, 2019, the Board of Governors of the Oklahoma Bar Association filed an Application for the suspension of Oklahoma Bar Association members who failed to pay dues for the year 2019 as required by the Rules Creating and Controlling the Oklahoma Bar Association (Rules), 5 O.S. 2011, ch. 1, app. 1, art. VIII, Â§1. The Board of Governors recommended that the members whose names appear on the Exhibit A attached to the Application be suspended from membership in the Oklahoma Bar Association and from the practice of law in the State of Oklahoma, as provided by the Rules, 5 O.S. 2011, ch. 1, app. 1, art. VIII, Â§2.

This Court finds that on April 15, 2019, the Executive Director of the Oklahoma Bar Association notified by certified mail all members delinquent in the payment of dues and/or expense charges to the Oklahoma Bar Association for the year 2019. The Board of Governors have determined that the members set forth in Exhibit A, attached hereto, have not paid their dues and/or expense charges for the year as provided in the Rules.

This Court, having considered the Application of the Board of Governors of the Oklahoma Bar Association, finds that each of the Oklahoma Bar Association members named on Exhibit A, attached hereto, should be suspended from the Oklahoma Bar Association membership and shall not practice law in the State of Oklahoma until reinstated.

IT IS THEREFORE ORDERED that the attorneys named as set forth on Exhibit A, attached hereto, are hereby suspended from membership in the Association and prohibited from the practice of law in the State of Oklahoma for failure to pay membership dues for the year 2019 as required by the Rules Creating and Controlling the Oklahoma Bar Association.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 10TH DAY OFJUNE, 2019.

/S/CHIEF JUSTICE

Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert and Combs, JJ., concur.

Â 

Exhibit A

 
 
 
 Brent Douglas Berry, OBA #18013
 West Ylla Gosney Law Office
 8 S.W. 89th St., Suite 200
 Oklahoma City, OK 73139-8533

 Dochele Burnett, OBA #10749
 P.O. Box 30603
 Midwest City, OK 73140

 Linda Jo Byford, OBA #19754
 Chaparral Energy, LLC
 701 Cedar Lake Blvd.
 Oklahoma City, OK 73114

 Cassandra C. Colchagoff, OBA #16630
 712 N. Lucia Ave., Unit B
 Redondo Beach, CA 90277

 Creighton Coy Collier, OBA #19434
 4618 S. Columbia Pl.
 Tulsa, OK 74105

 Nathan Seth Cross, OBA #22535
 502 W. Sixth Street
 Tulsa, OK 74119

 Scott Wilson Draughon, OBA #2487
 10026-A S Mingo Rd #440
 Tulsa, OK 74133

 Gary Allen Eaton, OBA #2598
 1717 E. 15th Street
 Tulsa, OK 74104

 Jason Lee Eliot, OBA #17613
 9705 E. 33rd
 Jones, OK 73049

 John Nicholas Gerner, OBA #21190
 6303 Belmont Ave.
 Dallas, TX 75214-3627

 Blake Rodman Givens, OBA #14610
 7326 E . 92nd St.
 Tulsa, OK 74133
 
 
 Michael Eric Goldstein, OBA #3443
 16 The Promenade
 New City, NY 10956

 Stacia Keanne Gordon, OBA #20715
 Colorado State Bank & Trust
 1600 Broadway, 3rd Floor Trust
 Denver, CO 80202

 Blakely Chase Hall, OBA #31573
 4366 Maryland Avenue, Apt. 102
 St. Louis, MO 63108

 Patrice Amber James, OBA #33011
 567 E. 36th St. North
 Tulsa, OK 74106-1812

 Nik Jones, OBA #4790
 5105 E. 29th Street
 Tulsa, OK 74114-6303

 Bryan Lynn Kingery, OBA #15507
 P.O. Box 398
 Ada, OK 74821-0398

 Anita Marie Lamar, OBA #30618
 1401 Peachtree Street, Suite A
 Atlanta, GA 30309-3023

 Michael Longley, OBA #5518
 236 W. Coffee Creek Rd.
 Edmond, OK 73025-3000

 Allison Jean Mardis, OBA #20763
 2415 Illinois Ave.
 Joplin, MO 64804-2220

 Norman Kyle Mccallum, OBA #19676
 102 W. Jackson St.
 Hugo, OK 74743-3310

 Ryan Matthew McFarlin, OBA #22232
 401 Exposition Avenue
 Dallas, TX 75226
 
 
 
 
 Â 

 Â 

 Michelle J. Millben, OBA #30403
 107 S. West St.,103
 Alexandria, VA 22314

 Glenda Vernell Mims, OBA #18968
 412 S. Nogales Avenue
 Tulsa, OK 74127

 Anthony George Mitchell, OBA #14004
 207 S. Park
 Hobart, OK 73651

 Kirk Allen Moore, OBA #6344
 1001 Noble Energy Way
 Houston, TX 77070

 Michael Lee Nemec, OBA #6629
 2651 E. 22nd St.
 Tulsa, OK 74114-3129

 Kurt A. Ray, OBA #7435
 4250 N. A1A
 803
 Hutchinson Island, FL 34949

 Maria Kristina Roberts, OBA #18134
 614 Mindora St.
 Pittsburgh, PA 15211-2204

 Barbara Dew Rupert, OBA #2329
 3917 N. W. 70th St.
 Oklahoma City, OK 73116

 Jessica Justine Scruggs, OBA #30423
 3126 South Blvd., Box #342
 Edmond, OK 73013

 Rebecca Ross Seidl, OBA #30425
 BHP Billiton
 1360 Post Oak Blvd., Suite 150
 Houston, TX 77056-3030

 Linda McCarrell Smith, OBA #14896
 1705 Canary Court
 Edmond, OK 73034
 
 
 Â 

 Â 

 Virgil Leroy Smith, OBA #19708
 6709 Abbey Rd.
 Bartlesville, OK 74006

 Mark Edward Truex, OBA #12013
 50 Penn Place, Ste. 1300
 1900 N.W. Expressway
 Oklahoma City, OK 73118-1802

 Kim Lien Underwood, OBA #19243
 1301 Red Bud Ct.
 Moore, OK 73160

 Lester Wade Vance, OBA #16086
 1303 N. Sam Rayburn Fwy.
 Sherman, TX 75090

 Janice Yeary, OBA #11020
 200 N.W. 4th, Rm 2006
 Oklahoma City, OK 73102
 
 
 

Â